UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZA A. PHILLIPS,<br><br>    Petitioner,<br><br>    v.<br><br>P. D. BRAZELTON, Warden,<br><br>    Respondent. | Case No.  11-cv-04707-JST (PR)<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 34 |

Petitioner's request (docket #34) for an order extending the time to file a notice of appeal is DENIED as unnecessary.

On November 13, 2013, the Court denied on the merits the petition for a writ of habeas corpus under 28 U.S.C. § 2254 and judgment was entered in favor of respondent.  Petitioner had 30 days, or until December 13, 2013, to file a notice of appeal.  See Fed. R. App. P. 4(a)(1).  Petitioner's notice of appeal was stamped filed on December 9, 2013 (docket #32).  Petitioner's notice of appeal is timely.

The Clerk is instructed to serve a copy of this order on the parties and the Ninth Circuit.

**IT IS SO ORDERED.**

Dated:  December 23, 2013

                                                      JON S. TIGAR
                                               United States District Judge